IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

JAMES ANTHONY ATENCIO                                                           PLAINTIFF

V.                          4:19CV00225 JM

LIZA BROWN                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 26th day of June, 2019.

_____
James M. Moody Jr.
United States District